**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RAROG j.d.o.o.,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:23-cv-02213

Judge Elaine E. Bucklo

Magistrate Judge Heather K. McShain

**STATUS REPORT**

Pursuant to the Court's minute entry order [17], RAROG j.d.o.o. ("Rarog" or "Plaintiff") files this status report solely on behalf of Plaintiff regarding the status of service of process and settlement discussions.

On April 27, 2023, Plaintiff served all Defendants in this case pursuant to paragraph 7 of the Temporary Restraining Order [18] by publishing a link on a website and sending an email to the e-mail addresses identified in Exhibit 2 to the Declaration of Sanda Krstulović and any e-mail addresses provided for Defendants by third parties that includes a link to said website. A summons returned executed was filed on the same day. [25].

Plaintiff filed a motion for entry of default and default judgment [30] on May 19, 2023, and Plaintiff will submit a Proposed Order that excludes any Defendants who settle with Plaintiff between now and the tracking status hearing set for 9:45 a.m. on Thursday, May 25, 2023. Several defendants appeared through counsel on May 21, 2023. [33] and May 23, 2023 [35]. These Defendants will be excluded from the Proposed Default Judgment Order that Plaintiff

plans to submit to the Court by the tracking status hearing. Plaintiff and these Defendants are actively engaged in settlement negotiations.

DATED:  May 23, 2023                                    Respectfully submitted,


                                                        */s/ Keith A. Vogt*
                                                        Keith A. Vogt (Bar No. 6207971)
                                                        Keith Vogt, Ltd.
                                                        33 West Jackson Boulevard, #2W
                                                        Chicago, Illinois 60604
                                                        Telephone: 312-971-6752
                                                        E-mail:  keith@vogtip.com

                                                        ***ATTORNEY FOR PLAINTIFF***